# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00667-CV

### In re State of Texas *ex rel.* David Escamilla, Travis County Attorney

---

**ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY**

---

## O R D E R

**PER CURIAM**

After relator State of Texas *ex rel.* David Escamilla, Travis County Attorney, filed a petition for writ of mandamus and motion for emergency stay, this Court granted relator's emergency motion and temporarily stayed all proceedings in the trial court on real party in interest's pending application for writ of habeas corpus, trial court cause number 17-1228-C368. Relator has now filed an emergency motion for stay of proceedings and motion for show-cause hearing, seeking to prevent the trial court from proceeding on a second application for writ of habeas corpus filed by real party in interest in the same county and assigned cause number 17-1428-C425.

We grant relator's emergency motion and stay all trial court proceedings in cause number 17-1428-C425 and any and all other actions arising from the underlying contempt order that is the subject of the dispute, pending further order of this Court. In addition, we grant relator's motion for show-cause hearing. Therefore, it is hereby ordered that Carissa Beene shall appear in person before this Court on Wednesday, November 29, 2017, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street,

in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our October 12, 2017 order.

It is so ordered November 20, 2017.

Before Justices Puryear, Field, and Bourland